**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION**

In re: GENGLER, MATTHEW B    § Case No. 09-75370
                             §
GENGLER, MATT B              §
Debtor(s)                    §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

    STEPHEN G. BALSLEY, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

    1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

    2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $928,200.00 *(without deducting any secured claims)* | Assets Exempt: $9,033.00 |
| Total Distribution to Claimants: $9,089.22 | Claims Discharged Without Payment: $16,364.45 |
| Total Expenses of Administration: $3,960.15 | |

    3) Total gross receipts of $ 13,049.37 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $13,049.37 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | **CLAIMS SCHEDULED** | **CLAIMS ASSERTED** | **CLAIMS ALLOWED** | **CLAIMS PAID** |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $1,557,896.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 3,960.15 | 3,960.15 | 3,960.15 |
| PRIOR CHAPTER ADMIN. FFES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 14,910.00 | 11,098.67 | 11,098.67 | 9,089.22 |
| **TOTAL DISBURSEMENTS** | $1,572,806.00 | $15,058.82 | $15,058.82 | $13,049.37 |

    4) This case was originally filed under Chapter 7 on July 30, 2009. The case was pending for 27 months.

    5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 11/14/2011        By: /s/STEPHEN G. BALSLEY
                                                Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 — GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| checking account at Citizen's Bank | 1129-000 | 50.00 |
| checking account at Citizen's Bank in banks, sav | 1129-000 | 200.00 |
| checking account at Citizen's Bank associations, | 1129-000 | 6,544.05 |
| Unscheduled tax refund | 1224-000 | 6,250.00 |
| Interest Income | 1270-000 | 5.32 |
| **TOTAL GROSS RECEIPTS** | | **$13,049.37** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 — FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| None | | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 — SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NOTFILED | Washington Mutual Fa | 4110-000 | 607,538.00 | N/A | N/A | 0.00 |
| NOTFILED | Washington Mutual Fa | 4110-000 | 284,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Home Coming Funding Ne | 4110-000 | 75,997.00 | N/A | N/A | 0.00 |
| NOTFILED | Home Coming Funding Ne | 4110-000 | 585,644.00 | N/A | N/A | 0.00 |
| NOTFILED | Citizens First Natl Bk | 4110-000 | 4,717.00 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$1,557,896.00** | **$0.00** | **$0.00** | **$0.00** |

**UST Form 101-7-TDR (10/1/2010)**

### EXHIBIT 4 — CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| STEPHEN G. BALSLEY | 2100-000 | N/A | 2,054.94 | 2,054.94 | 2,054.94 |
| Barrick, Switzer, Long, Balsley & Van Evera | 3110-000 | N/A | 1,893.00 | 1,893.00 | 1,893.00 |
| INTERNATIONAL SURETIES, LTD. | 2300-000 | N/A | 12.21 | 12.21 | 12.21 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | 3,960.15 | 3,960.15 | 3,960.15 |

### EXHIBIT 5 — PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | 0.00 | 0.00 | 0.00 |

### EXHIBIT 6 — PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | 0.00 | 0.00 | 0.00 | 0.00 |

### EXHIBIT 7 — GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Nicor Gas | 7200-000 | 555.00 | 66.00 | 66.00 | 54.05 |
| 2 | AES/PHEAA | 7200-000 | N/A | 11,032.67 | 11,032.67 | 9,035.17 |
| NOTFILED | Cbc/aes/nct | 7100-000 | 5,515.00 | N/A | N/A | 0.00 |
| NOTFILED | First Financial Credit Union | 7100-000 | 2,578.00 | N/A | N/A | 0.00 |
| NOTFILED | Cap One | 7100-000 | 442.00 | N/A | N/A | 0.00 |
| NOTFILED | Cbc/aes/nct | 7100-000 | 5,820.00 | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | |
|---|---|---|---|---|
| **TOTAL GENERAL UNSECURED CLAIMS** | 14,910.00 | 11,098.67 | 11,098.67 | 9,089.22 |

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 09-75370  
**Case Name:** GENGLER, MATTHEW B  

**Trustee:** (330410) STEPHEN G. BALSLEY  
**Filed (f) or Converted (c):** 07/30/09 (f)  
**§341(a) Meeting Date:** 12/30/09  

**Period Ending:** 11/14/11  
**Claims Bar Date:** 04/12/10

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| **Ref. #** | **Asset Description** (Scheduled And Unscheduled (u) Property) | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) DA=§554(c) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 1 | 2-flat apartment | 300,000.00 | 0.00 | DA | 0.00 | FA |
| 2 | real estate at 2023 N. Bingham, | 600,000.00 | 0.00 | DA | 0.00 | FA |
| 3 | checking account at Citizen's Bank | 50.00 | 50.00 | DA | 50.00 | FA |
| 4 | checking account at Citizen's Bank in banks, sav | 200.00 | 200.00 | DA | 200.00 | FA |
| 5 | checking account at Citizen's Bank associations, | 9,000.00 | 1,000.00 | DA | 6,544.05 | FA |
| 6 | miscellaneous furniture audio, video, and comput | 500.00 | 0.00 | DA | 0.00 | FA |
| 7 | clothing | 750.00 | 0.00 | DA | 0.00 | FA |
| 8 | life insurance policy from Aid Association fr Lu   After numerous attemps to all creditors to encourage any late filed claims, only one creditor filed a claim. Therefore, the Trustee is not pursuing any further recovery of the remaining asset. | 2,500.00 | 3,420.97 | DA | 0.00 | FA |
| 9 | term life insurance policy furnished by employer | 0.00 | 0.00 | DA | 0.00 | FA |
| 10 | 401(k) other pension or profit sharing plans. Gi | 2,000.00 | 0.00 | DA | 0.00 | FA |
| 11 | 2005 Ford F150 truck | 7,000.00 | 0.00 | DA | 0.00 | FA |
| 12 | snowmobile purchased in 2004 for $700 | 300.00 | 0.00 | DA | 0.00 | FA |
| 13 | Unscheduled tax refund  (u) | 5,900.00 | 5,900.00 | DA | 6,250.00 | FA |
| Int | INTEREST  (u) | Unknown | N/A | | 5.32 | FA |
| 14 | **Assets** Totals (Excluding unknown values) | **$928,200.00** | **$10,570.97** | | **$13,049.37** | **$0.00** |

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):** December 31, 2010     **Current Projected Date Of Final Report (TFR):** March 30, 2011  (Actual)

Exhibit 9

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

| Case Number: | 09-75370 | | Trustee: | STEPHEN G. BALSLEY (330410) |
|---|---|---|---|---|
| Case Name: | GENGLER, MATTHEW B | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | | | Account: | ***-*****21-65 - Money Market Account |
| Taxpayer ID #: | **-***6375 | | Blanket Bond: | $373,000.00  (per case limit) |
| Period Ending: | 11/14/11 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Money Market Account Balance |
| 01/20/10 | | Matthew Gengler | payment on bank accounts | | 6,794.05 | | 6,794.05 |
| | {3} | | Proceeds from non-exempt bank account funds      50.00 | 1129-000 | | | 6,794.05 |
| | {4} | | Proceeds from non-exempt bank account funds     200.00 | 1129-000 | | | 6,794.05 |
| | {5} | | Proceeds from non-exempt bank account funds   6,544.05 | 1129-000 | | | 6,794.05 |
| 01/29/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.07 | | 6,794.12 |
| 02/26/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.25 | | 6,794.37 |
| 03/31/10 | {13} | Matthew Gengler | 2008 Tax Refund | 1224-000 | 6,250.00 | | 13,044.37 |
| 03/31/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.30 | | 13,044.67 |
| 04/06/10 | Int | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is 0.0500% | 1270-000 | 0.08 | | 13,044.75 |
| 04/06/10 | | Wire out to BNYM account 9200******2165 | Wire out to BNYM account 9200******2165 | 9999-000 | -13,044.75 | | 0.00 |

| | | | |
|---|---|---|---|
| ACCOUNT TOTALS | 0.00 | 0.00 | $0.00 |
| Less: Bank Transfers | -13,044.75 | 0.00 | |
| **Subtotal** | **13,044.75** | **0.00** | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$13,044.75** | **$0.00** | |

{} Asset reference(s)                                                                                                       Printed: 11/14/2011 02:16 PM    V.12.57

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 2

**Case Number:** 09-75370  
**Case Name:** GENGLER, MATTHEW B  

**Taxpayer ID #:** **-***6375  
**Period Ending:** 11/14/11

**Trustee:** STEPHEN G. BALSLEY (330410)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******21-65 - Money Market Account  
**Blanket Bond:** $373,000.00 (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 04/06/10 | | Wire in from JPMorgan Chase Bank, N.A. account ********2165 | Wire in from JPMorgan Chase Bank, N.A. account ********2165 | 9999-000 | 13,044.75 | | 13,044.75 |
| 04/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.62 | | 13,045.37 |
| 05/28/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.78 | | 13,046.15 |
| 06/07/10 | 11001 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 06/07/2010 FOR CASE #09-75370 | 2300-000 | | 12.21 | 13,033.94 |
| 06/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.75 | | 13,034.69 |
| 07/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.77 | | 13,035.46 |
| 08/31/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.78 | | 13,036.24 |
| 09/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.10 | | 13,036.34 |
| 10/29/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.11 | | 13,036.45 |
| 11/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.10 | | 13,036.55 |
| 12/31/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.11 | | 13,036.66 |
| 01/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.11 | | 13,036.77 |
| 02/28/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.10 | | 13,036.87 |
| 03/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.11 | | 13,036.98 |
| 04/29/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.10 | | 13,037.08 |
| 05/26/11 | Int | The Bank of New York Mellon | Current Interest Rate is 0.0100% | 1270-000 | 0.08 | | 13,037.16 |
| 05/26/11 | | To Account #9200******2166 | Transfer funds from MMA to Checking Account | 9999-000 | | 13,037.16 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 13,049.37 | 13,049.37 | $0.00 |
| | | | Less: Bank Transfers | | 13,044.75 | 13,037.16 | |
| | | | **Subtotal** | | 4.62 | 12.21 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$4.62** | **$12.21** | |

{} Asset reference(s)                                                        Printed: 11/14/2011 02:16 PM    V.12.57

Exhibit 9

# Form 2

Page: 3

## Cash Receipts And Disbursements Record

**Case Number:** 09-75370  
**Case Name:** GENGLER, MATTHEW B  

**Taxpayer ID #:** **-***6375  
**Period Ending:** 11/14/11  

**Trustee:** STEPHEN G. BALSLEY (330410)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******21-66 - Checking Account  
**Blanket Bond:** $373,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 05/26/11 | | From Account #9200******2165 | Transfer funds from MMA to Checking Account | 9999-000 | 13,037.16 | | 13,037.16 |
| 06/29/11 | 101 | Barrick, Switzer, Long, Balsley & Van Evera | Attorney for Trustee Fees | 3110-000 | | 1,893.00 | 11,144.16 |
| 06/29/11 | 102 | STEPHEN G. BALSLEY | Partial Payment toward Trustee Compensation | 2100-000 | | 657.24 | 10,486.92 |
| 08/10/11 | 103 | STEPHEN G. BALSLEY | Dividend paid 100.00% on $2,054.94, Trustee Compensation; Reference: | 2100-000 | | 1,397.70 | 9,089.22 |
| 08/10/11 | 104 | Nicor Gas | Dividend paid 81.89% on $66.00; Claim# 1; Filed: $66.00; Reference: | 7200-000 | | 54.05 | 9,035.17 |
| 08/10/11 | 105 | AES/PHEAA | Dividend paid 81.89% on $11,032.67; Claim# 2; Filed: $11,032.67; Reference: | 7200-000 | | 9,035.17 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 13,037.16 | 13,037.16 | $0.00 |
| | | | Less: Bank Transfers | | 13,037.16 | 0.00 | |
| | | | **Subtotal** | | 0.00 | 13,037.16 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$13,037.16** | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **MMA # ***-*****21-65** | 13,044.75 | 0.00 | 0.00 |
| **MMA # 9200-******21-65** | 4.62 | 12.21 | 0.00 |
| **Checking # 9200-******21-66** | 0.00 | 13,037.16 | 0.00 |
| | $13,049.37 | $13,049.37 | $0.00 |

{} Asset reference(s)

Printed: 11/14/2011 02:16 PM  V.12.57